UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:17cr 166T35AEP
18 U.S.C. § 641

ADRIANNE R. WILSON

**INFORMATION**

The Acting United States Attorney charges:

**COUNT ONE**

**(Theft of Government Money or Property – 18 U.S.C. § 641)**

Beginning in or about January 2013, and continuing through in or about May 2014, in the Middle District of Florida, and elsewhere, the defendant,

ADRIANNE R. WILSON

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and Department of Veterans' Affairs ("VA"), a department and agency of the United States, that is, "Dependency and Indemnity Contribution" ("DIC") benefits intended for G.G., with intent to deprive the United States and Department of Veterans' Affairs of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

**FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of the violation of 18 U.S.C. § 641 charged in Count One, the defendant, ADRIANNE R. WILSON, shall forfeit to the United States of America, pursuant to 18 U.S.C § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: a $19,549.28 forfeiture money judgment, which represents the proceeds of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

W. STEPHEN MULDROW
Acting United States Attorney

By: ______________________
Kristen A. Fiore
Assistant United States Attorney

By: ______________________
Cherie Krigsman
Assistant United States Attorney
Deputy Chief, Major Crimes Section